UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
OLEGARIO FLORES DE JESUS (AKA THOMAS GARCIA),
*Individually and on behalf of others similarly situated*

                              Plaintiff,               Case No. 16-cv-06773 (VSB)

          -against-                                 Hon. Vernon S. Broderick

SUBWAY IP INC. (d/b/a SUBWAY),
@SUBWAY INC. (d/b/a SUBWAY),
JAMIE'S CATERING INC. (d/b/a SUBWAY),
SUZANNE GRECO, RICHARD SCHRAGGER, and
EMILY ASCATIO

                              Defendants.
------------------------------------------------------------------------------X

**OFFER OF JUDGMENT**

To:    Joshua S. Androphy
        Michael Faillace & Associates, P.C.
        One Grand Central Place
        60 East 42nd Street, Suite 4510
        New York, NY 10165

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Richard Schragger, hereby offers to allow Judgment to be entered against him in this action in the amount of $250,000.00. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and it not to be construed as either an admission that Defendant Richard Schragger is liable in this action, or that the Plaintiff Olegario Flores De Jesus has suffered any damage.

Dated :1/2/18

                                                               Respectfully Submitted,

                                                              Morrison-Tenenbaum, PLLC

                                          By:  _____
                                                       Lawrence F. Morrison, Esq.
                                                       87 Walker Street, Fl. 2
                                                       New York, NY 10013
                                                       Tel.: (212) 620-0938